UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BREYETTE,

                    Plaintiff(s),                    **ORDER**

        - against -                      19 Civ. 9352 (NSR)

PORT AUTHORITY TRANS HUDSON CORP.,

                    Defendant(s).
---------------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

        In light of a settlement having been reached, the parties' motions in limine are dismissed as moot. Likewise, the Pretrial Conference scheduled for June 10, 2022 and the jury selection and trial scheduled to commence June 22, 2022 are both cancelled. The Clerk of Court is requested to terminate the motions at ECF Nos. 20 and 23.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

                                                                  SO ORDERED.

Dated:    White Plains, New York
             June 3, 2022

                                                   Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/2022_